UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-cv-20326-JAL

KATHLEEN VAUGHN, individually &
on behalf of all similarly situated,

    Plaintiff,

v.

LAMI PRODUCTS, LLC,

    Defendant.
_____/

### NOTICE OF FILING FULLY-EXECUTED SETTLEMENT AGREEMENT

    The named Plaintiff, Kathleen Vaughn, notifies the Honorable Court of filing the parties' fully-executed settlement agreement pursuant to the Order [D.E. 67].

    Respectfully submitted this 5th day of March 2018,

                                 /s/ Bernard R. Mazaheri
                                 Bernard R. Mazaheri
                                 Florida Bar Number 643971
                                 Morgan & Morgan
                                 333 W Vine St Ste 1200
                                 Lexington, Kentucky 40507
                                 Tel: (859) 286-8368
                                 Email – bmazaheri@forthepeople.com
                                 Counsel for Plaintiff(s)

### Certificate of Service

    I hereby certify that a true and correct copy of the foregoing will be sent to all counsel of record via CM/ECF on this 5th day of March 2018.

                                 /s/ Bernard R. Mazaheri
                                 Bernard R. Mazaheri